# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Michael R. | U.S. District Court | 04/14/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Potter Stewart US Courthouse
100 East 5th Street, Room 239
Cincinnati, Ohio 45202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | William M.R. Barrett Trust (Trust # 1) |
| 2. | Partner | Old Walnut Company |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Scripps TV Station Group - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | US Bank | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 04/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank IRA Account | D | Dividend | N | T | | | | | |
| 2. - Am. Century Sm. Cap (mutual fund) | | | | | | | | | |
| 3. - Am. Century Equity Income (mutual fund) | | | | | | | | | |
| 4. - Blackrock Basic Value Fund Inc. (mutal fund) | | | | | | | | | |
| 5. - Fidelity Investment Tr. Ad Intl Discovery (mutual fund) | | | | | | | | | |
| 6. - Ipath Dow Jones UBS (Commodity) | | | | | | | | | |
| 7. - Nuveen Inflation Pro Sec (bond) | | | | | | | | | |
| 8. - Nuveen Core Bond Fd (bond) | | | | | | | | | |
| 9. - Nuveen Dividend Value Fd (mutual fund) | | | | | | | | | |
| 10. - Nuveen Mid Cap Growth (mutal fund) | | | | | | | | | |
| 11. - Nuveen Mid Cap Value (mutal fund) | | | | | | | | | |
| 12. - Nuveen Real Estate Secs. Fund (mutal fund) | | | | | | | | | |
| 13. - Nuveen Small Cap Select (mutal fund) | | | | | | | | | |
| 14. - Nuveen Small Cap Value (mutal fund) | | | | | | | | | |
| 15. - Laudus Intl Marketmasters (mutal fund) | | | | | | | | | |
| 16. - T. Rowe Price Mid Cap Value (mutal fund) | | | | | | | | | |
| 17. - T. Rowe Price Value Fund (mutal fund) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 04/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - T. Rowe Price Equity (mutual fund) | | | | | | | | | |
| 19. - First American Treasury (cash account) | | | | | | | | | |
| 20. -First American Treasury (cash account) | | | | | | | | | |
| 21. Procter & Gamble (common stock) | C | Dividend | L | T | | | | | |
| 22. Old Walnut Co. (Partnership) | A | Dividend | L | T | | | | | |
| 23. Cincinnati Bell (common stock) | A | Dividend | J | T | | | | | |
| 24. Convergys Corp. (common stock) | A | Dividend | L | T | | | | | |
| 25. Western Southern Life Ins. Co. | | None | K | W | | | | | |
| 26. J.M. Smucker (Common stock) | A | Dividend | J | T | | | | | |
| 27. St. Martin Association | | None | J | W | | | | | |
| 28. Michael R. Barrett Foundation | B | Dividend | K | T | | | | | |
| 29. -Procter & Gamble (Common Stock) | | | K | T | | | | | |
| 30. -First American Treasury (cash) | | | J | T | | | | | |
| 31. US Bank Agency Account | D | Dividend | P1 | T | | | | | |
| 32. - First American Treasury (Cash) | | | O | T | Sold (part) | 02/11/15 | K | | |
| 33. - Nuveen Core Plus Bond (bonds) | | | J | T | | | | | |
| 34. - Nuveen Inflation Pro Sec (bonds) | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 04/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Abbott Labs (Common stock) | | | L | T | | | | | |
| 36. - Abbvie Inc. (Common Stock) | | | L | T | | | | | |
| 37. - Capital One Financial Corp (common stock) | | | K | T | | | | | |
| 38. - IShares Dow Jones Select (mutual fund) | | | | | Buy | 02/11/15 | J | | |
| 39. - IShares Russell 2000 Index (mutual fund) | | | | | Buy | 02/11/15 | J | | |
| 40. - IShares Russell Midcap Index (mutual fund) | | | | | Buy | 02/11/15 | J | | |
| 41. - Procter & Gamble (common stock) | | | N | T | | | | | |
| 42. - Fidelity Ad. Int'l Disc. (mutual fund) | | | J | T | | | | | |
| 43. -Nuveen Mid Cap Value (mutual fund | | | | | Sold | 12/10/15 | J | | |
| 44. - Nuveen Real Estate Sec. Fund (mutual fund | | | J | T | | | | | |
| 45. - Laudus Int'l Marketmasters Fd Select (mutual fund) | | | J | T | | | | | |
| 46. - T. Rowe Price Mid Cap (mutual fund) | | | | | Sold | 12/10/15 | J | | |
| 47. - T. Rowe Price Value (mutual fund) | | | K | T | | | | | |
| 48. - Vanguard Reit Etf (mutual fund) | | | | | Buy | 12/10/15 | J | | |
| 49. Trust # 1 | D | Dividend | N | T | | | | | |
| 50. - First American Treasury (cash) | | | L | T | Buy (add'l) | 08/28/15 | K | | |
| 51. - First American Treasury (cash) | | | | | Buy (add'l) | 12/10/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 04/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Nuveen Strategic Income Fd (bond) | | | K | T | | | | | |
| 53. - Amgen, Inc. (Common stock) | | | K | T | | | | | |
| 54. - Apache Corp. (Common stock) | | | J | T | | | | | |
| 55. - Apple, Inc. (Common stock) | | | K | T | | | | | |
| 56. - Boeing Co. (Common stock) | | | J | T | | | | | |
| 57. - Chemoies (Common stock) | | | | | Spinoff (from line 61) | 07/07/15 | J | | |
| 58. - Chemoies (Common stock) | | | | | Sold | 08/28/15 | J | | |
| 59. - Cintas Corp. (Common stock) | | | J | T | Sold (part) | 08/28/15 | J | | |
| 60. - Cisco Systems (Common stock) | | | J | T | | | | | |
| 61. - DuPont El De Nemours (Common stock) | | | J | T | | | | | |
| 62. - Exxon Mobil Corp. (Common Stock) | | | J | T | | | | | |
| 63. - Financial Select Sector Spdr Fd | | | J | T | | | | | |
| 64. - Hill Rom Holdings (Common stock) | | | | | Sold | 08/28/15 | J | | |
| 65. - Intel Corp. (Common stock) | | | J | T | | | | | |
| 66. -IShares Russell Midcap (mutual fund) | | | | | Buy | 12/14/15 | J | | |
| 67. - Omnicom Group (Common stock) | | | J | T | | | | | |
| 68. - Pepsico, Inc. (Common stock) | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 04/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Procter & Gamble (Common stock) | | | J | T | | | | | |
| 70. - Starbucks (Common stock) | | | K | T | Sold (part) | 08/28/15 | J | | |
| 71. - Texas Instrument (Common stock) | | | J | T | | | | | |
| 72. - US Bancorp (Common stock) | | | K | T | | | | | |
| 73. - United Health Group (Common stock) | | | J | T | Sold (part) | 08/28/15 | J | | |
| 74. - Three M Co. (Common stock) | | | K | T | | | | | |
| 75. - Novartis AG ADR (Foreign stock) | | | J | T | Sold (part) | 08/28/15 | J | | |
| 76. - Schlumberger Ltd. (Foreign stock) | | | J | T | | | | | |
| 77. - American Century Sm. Cap (mutual fund) | | | J | T | | | | | |
| 78. - Ipath Dow Jones UBS (mutual fund) | | | | | Sold | 12/14/15 | J | | |
| 79. - Ipath GSCI Total Return (mutual fund) | | | | | Buy | 12/14/15 | J | | |
| 80. - Blackrock Capital Apprec. (mutual fund) | | | K | T | | | | | |
| 81. - Nuveen Mid Cap Growth (mutual fund) | | | J | T | | | | | |
| 82. - Nuveen Mid Cap Value (mutual fund) | | | J | T | | | | | |
| 83. - Nuveen R.E. Sec (mutual fund | | | | | Sold | 12/10/15 | J | | |
| 84. - Nuveen Sm. Cap Select (mutual fund) | | | J | T | | | | | |
| 85. - Ishares Msci Emerging Mkts Index (mutual fund) | | | | | Sold | 08/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 04/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Laudus Int'l Marketmasters (mutual fund) | | | K | T | | | | | |
| 87. - T. Rowe Price Int'l Growth (mutual fund) | | | J | T | | | | | |
| 88. - Vanguard Reit-Etf (mutual fund) | | | | | Buy | 12/14/15 | J | | |
| 89. Bank of America (Common Stock) | A | Dividend | J | T | | | | | |
| 90. Western Union (Common Stock) | A | Dividend | J | T | | | | | |
| 91. Trust # 2 (X) | D | Dividend | P1 | T | | | | | |
| 92. - Air Products & Chem (common stock) | | | J | T | | | | | |
| 93. - Am. International Gr. Inc. (common stock) | | | J | T | | | | | |
| 94. - American Tower Corp (common stock | | | J | T | | | | | |
| 95. - Amgen Inc. (common stock) | | | J | T | | | | | |
| 96. - Apple Inc. (common stock) | | | J | T | | | | | |
| 97. - BB&T Corp. (common stock) | | | J | T | | | | | |
| 98. - Blackrock, Inc. (common stock) | | | J | T | | | | | |
| 99. - Blackstone Alternative Multi- Stragety Fund (mutual fund) | | | L | T | | | | | |
| 100. - Cardinal Health Inc (common stock) | | | J | T | | | | | |
| 101. - Chevron Corp (common stock) | | | J | T | | | | | |
| 102. - Chubb, Ltd (common stock) | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 04/14/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. - Cisco Systems Inc. (common stock) | | | J | T | | | | | |
| 104. - Citigroup, Inc. (common stock) | | | J | T | | | | | |
| 105. - Credit Suisse Commodity Return (mutual fund) | | | J | T | | | | | |
| 106. - CVS Health Corp. (common stock) | | | J | T | | | | | |
| 107. - Danaher Corp (common stock) | | | J | T | | | | | |
| 108. - Delta Airlines (common stock) | | | J | T | | | | | |
| 109. - Diamond Hill Large Cap (mutual fund) | | | J | T | | | | | |
| 110. - Exxon Mobil Corp (common stock) | | | J | T | | | | | |
| 111. - Fedex Corp (common stock) | | | J | T | | | | | |
| 112. - General Electric Co. (common stock) | | | J | T | | | | | |
| 113. - Gilead Sciences Inc. (common stock | | | J | T | | | | | |
| 114. - Halliburton Holding Co. (common stock) | | | J | T | | | | | |
| 115. - IShares Cohen & Steirs (mutual fund) | | | J | T | | | | | |
| 116. - IShares Tips Bond ETF (Bonds) | | | K | T | | | | | |
| 117. - IShares Core MSI Emerging Markets (mutual fund) | | | K | T | | | | | |
| 118. - ISHares Currency Hedged MSCI (mutual fund) | | | K | T | | | | | |
| 119. - IShares MSCI EAFE Growth (mutual fund) | | | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 04/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - IShares MSCI EAFE Value (mutual fund) | | | M | T | | | | | |
| 121.  - IShares MSCI EAFE Small Cap (mutual fund) | | | K | T | | | | | |
| 122.  - IShares Russell Mid Cap Value (mutual fund) | | | K | T | | | | | |
| 123.  - Ishares Russell Mid Cap Growth (mutual fund) | | | K | T | | | | | |
| 124.  - IShares S&P Growth (mutual fund) | | | M | T | | | | | |
| 125.  - IShares S&P 500 Value ETF (common stock) | | | K | T | | | | | |
| 126.  - Johnson & Johnson (common stock) | | | J | T | | | | | |
| 127.  - JP Morgan Chase & Co. (common stock) | | | J | T | | | | | |
| 128.  - JP Morgan Chase & Co. US Small Co Fund (common stock) | | | L | T | | | | | |
| 129.  - Lockheed Martin Corp (common stock) | | | J | T | | | | | |
| 130.  - Lowes Companies Inc (common stock) | | | J | T | | | | | |
| 131.  - Maxim Integrated Products Inc (common stock) | | | J | T | | | | | |
| 132.  - Maximum Appreciation Fund of Wilmington Trust (mutual fund) | | | M | T | | | | | |
| 133.  - Merck & Co. (common stock) | | | J | T | | | | | |
| 134.  - Metlife Inc. (common stock) | | | J | T | | | | | |
| 135.  - Morgan Stanley Instl Fund Inc Growth (mutual fund) | | | J | T | | | | | |
| 136.  - Municipal Bond Common Fund (mutual fund) | | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Nordstrom, Inc. (common stock) | | | J | T | | | | | |
| 138. - Nuveen Short Duration (mutual fund) | | | J | T | | | | | |
| 139. - Occidental Petroleum Corp (common stock) | | | J | T | | | | | |
| 140. - Omnicom Group (common stock) | | | J | T | | | | | |
| 141. - Oracle Corp (common stock) | | | J | T | | | | | |
| 142. - Peoples United Financial (common stock) | | | J | T | | | | | |
| 143. - Pepsico Inc. (common stock) | | | J | T | | | | | |
| 144. - Pfizer Inc (common stock) | | | J | T | | | | | |
| 145. - Philip Morris Int'l (common stock) | | | J | T | | | | | |
| 146. - PNC Financial Service Group (common stock) | | | J | T | | | | | |
| 147. - PPL Corporation (common stock) | | | J | T | | | | | |
| 148. - Qualcomm Inc (common stock) | | | J | T | | | | | |
| 149. - Ridgeworth Seix Floating Rate High Income Fund (mutual fund) | | | K | T | | | | | |
| 150. - Schlumberger Ltd (commons tock) | | | J | T | | | | | |
| 151. - Scotts Miracle Grow Co (common stock) | | | J | T | | | | | |
| 152. - Southern Co. (common stock) | | | J | T | | | | | |
| 153. - Spdr Dow Jones Int'l (mutual fund) | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 04/14/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Stryker Corp (common stock) | | | J | T | | | | | |
| 155. - Suncor Energy (common stock) | | | J | T | | | | | |
| 156. - T Rowe Preice Tax Free (mutual fund) | | | K | T | | | | | |
| 157. - TEVA Pharmaceutical Spons Adr (common stock) | | | J | T | | | | | |
| 158. - U S Bancorp Del Com New (common stock) | | | J | T | | | | | |
| 159. - Inion Pacific Corp (common stock) | | | J | T | | | | | |
| 160. - Vanguard FTSE Div. Market (mutual fund) | | | M | T | | | | | |
| 161. - Wells Fargo & Co (common stock) | | | J | T | | | | | |
| 162. - Wilmington Trust Bank Deposit (cash) | | | L | T | | | | | |
| 163. - Wilmington Large Cap Strategy Fund (mutual fund) | | | M | T | | | | | |
| 164. - Wilmington Municipal Bond Fund (bonds) | | | N | T | | | | | |
| 165. - Wisdomtree Japan Hedged Fund (mutual fund) | | | J | T | | | | | |
| 166. Trust # 3 (X) | E | Dividend | P1 | T | | | | | |
| 167. - Am Century Diversified Bond Inv (mutual fund) | | | J | T | | | | | |
| 168. - Am. Century Eqi Inc. Int. (mutual fund) | | | L | T | | | | | |
| 169. - Am New Perspective F2 (mutual fund) | | | L | T | | | | | |
| 170. - Blackrock Multi-Asset Inc (mutual fund) | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 04/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Clearbridge Large Cap Growth (mutual fund) | | | J | T | | | | | |
| 172. - Exxon Mobile Corp (common stock) | | | J | T | | | | | |
| 173. - Federated Int'l Leaders (mutual fund) | | | J | T | | | | | |
| 174. - Fideility Adv Int'l Discovery (mutual fund) | | | J | T | | | | | |
| 175. - First Trust Moringstar Div. (mutual fund) | | | J | T | | | | | |
| 176. - First Trust Dorsey Wright FO (mutual fund) | | | J | T | | | | | |
| 177. - First Trust Sam Cap ETF (mutual fund) | | | J | T | | | | | |
| 178. - Goldman Sachs Small Mid-Cap (mutual Fund) | | | J | T | | | | | |
| 179. - Ill Tool Works Inc (common stock) | | | J | T | | | | | |
| 180. - Invesco Diversified Div (mutual fund) | | | J | T | | | | | |
| 181. - Invesco High Yield Muni Y (mutual fund) | | | M | T | | | | | |
| 182. - IShares S&P Midcap 400 Index (mutual fund) | | | J | T | | | | | |
| 183. - IShares S&P Small Cap 600 Index (mutual fund) | | | J | T | | | | | |
| 184. - IShares IBonds Sep 2016 Muni (IBME) (common stock) | | | K | T | | | | | |
| 185. - IShares IBonds Sep 2017 Muni (IBMF) (common stock) | | | K | T | | | | | |
| 186. - IShares IBonds Sep 2018 Mini (IBMG) (common stock) | | | K | T | | | | | |
| 187. - IShares IBonds Sep 2019 Muni (IBMH) (common stock) | | | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 04/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. - IShares IBonds Sep 2020 Muni (IBMI) (common stock) | | | K | T | | | | | |
| 189. - Johnson & Johnson (common stock) | | | J | T | | | | | |
| 190. - Mainstay Epoch Global Equity Yld (mutual fund) | | | J | T | | | | | |
| 191. - McDonalds Corp (common stock) | | | J | T | | | | | |
| 192. - MFS Gov. Securities (mutual fund) | | | J | T | | | | | |
| 193. - MLP Select 40 Y (mutual fund) | | | J | T | | | | | |
| 194. - Morgan Stanley Bank NA (cash) | | | L | T | | | | | |
| 195. - Neuberger Berman Lg SH Inst (mutual fund) | | | K | T | | | | | |
| 196. - Neuberger Abs Ret Multi Mgr (mutual fund) | | | J | T | | | | | |
| 197. - Nuveen Global Infrastructure (mutual fund) | | | K | T | | | | | |
| 198. - Nuveen Real Asset Income (mutual fund) | | | J | T | | | | | |
| 199. - Nuveen Int Dir Muni Bond (mutual fund) | | | M | T | | | | | |
| 200. - Nuveen Sh Dir High Yield Muni Bond (mutual fund) | | | M | T | | | | | |
| 201. - Oakmark Global Select Fund (mutual Fund) | | | J | T | | | | | |
| 202. - Procter & Gamble (common stock) | | | K | T | | | | | |
| 203. - SPDR S&P Banking ETF (mutual fund) | | | J | T | | | | | |
| 204. - T Rowe Price Growth Stock Adv (mutual fund) | | | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 04/14/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - T Rowe Price MidCap Gr Adv (mutual fund) | | | K | T | | | | | |
| 206. - T Rowe Price Mid Cap (mutual fund) | | | K | T | | | | | |
| 207. - The Technology Sel Sec Spdr Fd (mutual fund) | | | K | T | | | | | |
| 208. - Vanguard 500 Indx Admiral (mutual fund | | | M | T | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. Investments and Trusts:

1. It has come to my attention that I need to amend my Financial Disclosure to include a publically traded stock - Convergys (listed on Page 5, Line 23).

By way of background, Convergys was a spin-off of Cincinnati Bell (Page 5, Line 22) on Decmeber 1, 1998. During 1998 Convergys stopped paying dividends. In July, 2012, Convergys resumed paying dividends and has done so for the months of July and October, 2012; April, July and October, 2013; and, April and July, 2014. Because Convergys stocks are also in the Old Walnut Partnership they have been on my conflict sheet. The Convergys stock in question was not reported on the Financial Disclosure Report for these reasons:

Because of the spin-off, I did not have actual certificates in my possession that I am aware of and, due to non-payment of dividends, it did not come to my attention. When a dividend was paid in late 2012, my incorrect recollection was that this was a holding in the Old Walnut Partnership (Page 5, Line 21), which is disclosed on the Report. As no dividends were paid from 1998 through June, 2012 there was no reporting requirement. This disclosure should also apply to the reports for 2006, 2007, 2008, 2009, 2010, 2011, 2012 and 2013. Cincinnati Bell has been reported on the Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544